UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Maj. No. 05-00005 LS |
| ) | |
| EDUARDO ENCARNACION BUENO ) | |
| ) | |

**JOINT MOTION TO CONTINUE DETENTION HEARING**

The United States of America and the Defendant Eduardo Encarnacion Bueno hereby move this Court to continue the detention hearing presently scheduled for June 10, 2005 to June 15, 2005 at 1:00 p.m. This continuance is necessary because the defendant remains hospitalized and defense counsel also needs time to prepare for a detention hearing.

Dated: June 10, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Maureen B. Hogan
Maureen B. Hogan
Assistant U.S. Attorney

EDUARDO ENCARNACION BUENO
By his attorney,

/s/ Albert F. Cullen
Albert F. Cullen, Esq.