```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )   Crim. No. 05-10180-RWZ
                              )
                              )
                              )   VIOLATIONS:
                              )   21 U.S.C. § 963 -
              v.              )   Conspiracy to Unlawfully
                              )   Import Heroin Into the
                              )   United States
                              )
1. EDUARDO ENCARNACION BUENO, )   21 U.S.C. §§ 952, 960 -
                              )   Unlawful Importation of
              Defendant.      )   Heroin Into the United
                              )   States
```

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 963 - **Conspiracy to Unlawfully Import Heroin Into the United States from a Place Outside Thereof, to wit, the Dominican Republic**)

The Grand Jury charges that:

Beginning on a date unknown to the Grand Jury, but no later than on or about May 29, 2005 and continuing to on or about June 7, 2005, at Boston, in the District of Massachusetts,

**1. EDUARDO ENCARNACION BUENO,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to unlawfully import into the United States from a place outside thereof, to wit, the Dominican Republic, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960.

It is further alleged that the conspiracy involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

Accordingly, Title 21, United States Code, Section 960(b)(2)(A) is applicable to this Count.

All in violation of Title 21, United States Code, Section 963.

<u>COUNT TWO</u>:     (21 U.S.C. §§ 952(a), 960 - Unlawful Importation of Heroin Into the United States from a Place Outside Thereof, to wit, the Dominican Republic)

The Grand Jury further charges that:

On or about June 6, 2005, at Boston, in the District of Massachusetts,

**1. EDUARDO ENCARNACION BUENO,**

defendant herein, did knowingly and intentionally unlawfully import into the United States from a place outside thereof, to wit, the Dominican Republic, heroin, a Schedule I controlled substance.

It is further alleged that the importation involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(2)(A).

All in violation of Title 21, United States Code, Section 952(a).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853 - Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One and Two of this indictment,

**1. EDUARDO ENCARNACION BUENO,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
LISA M. ASIAF
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; July 14, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1:34P

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Boston       Category No. II       Investigating Agency  ICE

City  Boston       Related Case Information:  05-CR-10180-RWZ

County  Suffolk       Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  2005-M-00009-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Eduardo Encarnacion Bueno       Juvenile  ☐ Yes  ☒ No

Alias Name  N/A

Address  Puerto Rico

Birth date (Year only): 1965  SSN (last 4 #): N/A  Sex M  Race: Hispanic  Nationality: D.R.

Defense Counsel if known:  Albert F. Cullen, III, Esq.       Address: 30 Massachusetts Ave.
N. Andover, MA 01845

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Lisa M. Asiaf       Bar Number if applicable  634636

Interpreter:  ☒ Yes  ☐ No       List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:  June 7, 2005

☒ Already in Federal Custody as  of June 7, 2005  in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  M.J. Sorokin  on  June 15, 2005

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 14, 2005       Signature of AUSA:  Lisa M. Asiaf  /s/ Lisa M. Asiaf

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Eduardo Encarnacion Bueno

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 963 | Conspiracy to Import heroin into the U.S. | 1 |
| Set 2 | 18 U.S.C. §§ 952(a), 960 | Importation of heroin into the United States | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**