UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>EDUARDO ENCARNACION BUENO, )<br>Defendant. )<br>) | Crim. No. 05-10180-RWZ |

## MOTION TO EXCLUDE TIME

The United States, by and through the undersigned Assistant United States Attorney, hereby moves to exclude the time from July 19, 2005 through September 13, 2005, for purposes of the Speedy Trial Act. In support of this motion, the government states that the defendant, Eduardo Encarnacion Bueno, was arraigned on July 19, 2005, at which time the parties agreed to appear for an Initial Status Conference on September 13, 2005, in order to give the parties time to produce and review discovery and to confer regarding the case in general. As such, the government hereby moves that the time between July 19, 2005, and September 13, 2005, be excluded for purposes of the Speedy Trial Act.

WHEREFORE, the United States moves this Honorable Court to enter an Order excluding the time from July 19, 2005, through September 13, 2005, for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Lisa M. Asiaf
LISA M. ASIAF
September 2, 2005    Assistant U.S. Attorney
Tel: (617) 748-3268

**CERTIFICATE OF SERVICE**

   This is to certify that I have this day served a copy of the foregoing document by first class mail to any/all counsel of record who do not automatically received service of process via the Court's ECF filing system.

   This 2nd day of September 2005.

                   /s/ Lisa M. Asiaf
                   LISA M. ASIAF
                   ASSISTANT UNITED STATES ATTORNEY