UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDUARDO ENCARNACION BUENO,<br>                               Defendant. | Crim. No. 05-10180-RWZ |

## JOINT INITIAL STATUS REPORT

The United States of America (the "government") and the defendant, Eduardo Encarnacion Bueno ("Defendant"), by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. <u>Local Rule 116.3 Timing Requirements</u>

At this time, the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the controlled substance involved in this case, it will offer expert testimony regarding the heroin at issue. The Defendant reserves his right to seek such discovery.

3. <u>Additional Discovery</u>

Rule 16 and automatic discovery materials have been provided or made available to Defendant's counsel (in an automatic discovery letter dated August 18, 2005). To the government's knowledge, automatic discovery is complete. In the event that the government becomes aware of any additional Rule 16 and/or automatic discovery material, it will

immediately provide such material to defense counsel.

    4.    <u>Motion Date</u>

The parties jointly request that all discovery motions be filed on or before October 25, 2005, and any responses be served by November 8, 2005.

    5.    <u>Speedy Trial Act</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 7/19/05 – 9/13/05 | Electronic Order granting government's Motion to Exclude Time (U.S.M.J. Sorokin, September 9, 2005) |

Defendant was indicted on July 14, 2005, and appeared before this Honorable Court on July 19, 2005, for an arraignment. Accordingly, as of the Initial Status Conference, zero (0) days will have been counted and 70 days will remain under the Speedy Trial Act.

    6.    <u>Anticipated Trial</u>

It is too early to tell whether a trial will be needed in this matter. The United States estimates that a trial would last approximately two (2) days.

    7.    <u>Interim Status Conference</u>

The parties request that an Interim Status Conference be scheduled for November 8, 2005, or as soon thereafter as is convenient for the Court. The parties also jointly request that

the time between the Initial Status Conference (September 13, 2005) and the next status conference be excluded from all Speedy Trial Act calculations.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorneys, | DEFENDANT EDUARDO<br>ENCARNACION BUENO,<br>By his attorney, |
| By:   */s/ Lisa M. Asiaf*<br>       LISA M. ASIAF<br>       Assistant U.S. Attorney<br>       One Courthouse Way<br>       Boston, MA 02210<br>       Tel:  (617) 748-3268 | */s/ Albert F. Cullen, Jr.*<br>Albert F. Cullen, Jr., Esq.<br>Law Offices of Albert F. Cullen, Jr.<br>60 K Street<br>South Boston, MA 02127<br>Tel:  (617) 268-2240 |

Dated: September 13, 2005