UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10180-RWZ

UNITED STATES OF AMERICA

v.

EDUARDO BUENO

ORDER AND INITIAL STATUS REPORT

September 13, 2005

SOROKIN, M.J.

    An Initial Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

    1. The Court adopts the Joint Initial Status Report as the Order of the Court subject to the following.

    2. The Final Status Conference is scheduled for November 8, 2005 at 2:00 p.m. For the reasons set forth in the parties filing as well as to provide the defendant the opportunity to file a discovery motion, the Court finds, pursuant to the provisions of 18 U.S.C. sec 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence, investigation, informal exchange of discovery, and consideration of how best to proceed with this matter, outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment. Accordingly, upon the agreement of the parties the Court excludes the time from the Speedy Trial Clock through the next conference date. The Court notes that each day from the date of the arraignment has previously been excluded.

    /s/ Leo T. Sorokin
    LEO T. SOROKIN
    United States Magistrate Judge