UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-10180-RWZ |
| ) | |
| EDUARDO ENCARNACION BUENO, ) | |
| Defendant. ) | |

# JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America and the defendant, Eduardo Encarnacion Bueno, hereby submit this memorandum addressing the issues set forth in Local Rule 116.5(C)(1) – 116.5(C)(9) in anticipation of the status conference set for November 8, 2005.

**Local Rule 116.5(C)(1)**

There are no outstanding discovery issues that have not been presented to or resolved by the Court.

**Local Rule 116.5(C)(2)**

At this time, no party anticipates that additional discovery will be provided, other than as required by Local Rule 116.2(B)(2). The parties recognize, however, their duty to supplement if additional discoverable items are located. No party anticipates that it will present expert testimony. However, should the parties be unable to stipulate as to the chemical analysis of the substances seized in this case, the government will provide such information as to its chemist as is required under Fed. R. Crim. P. 16(a)(1)(E) no later than one week before any trial.

1

**Local Rule 116.5(C)(3)**

Defendant does not intend to raise a defense of insanity or public authority.

**Local Rule 116.5(C)(4)**

In its automatic discovery letter, the government requested that the defendant provide notice of any intention to offer an alibi defense. As noted below, however, the parties anticipate a plea in this matter.

**Local Rule 116.5(C)(5)**

Defendant has filed not filed, nor intends to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling from the District Court before trial.

**Local Rule 116.5(C)(6)**

The parties do not request the setting of a schedule concerning any non-trial matter.

**Local Rule 116.5(C)(7)**

The parties have discussed the possibility of an early resolution of the case without trial. It is expected that Defendant will plead to the charges set forth in the Indictment.

**Local Rule 116.5(C)(8)**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 7/19/05 – 9/13/05 | Electronic Order granting government's Motion to Exclude Time (U.S.M.J. Sorokin, Sept. 9, 2005) |
| 9/13/05 – 11/8/05 | Order on Excludable Delay (U.S.M..J. Sorokin, Sept. 14, 2005) |

Defendant was indicted on July 14, 2005, and appeared before this Honorable Court on July 19, 2005, for an arraignment. Accordingly, as of the Final Status Conference on November

8, 2005, zero (0) days will have been counted and 70 days will remain under the Speedy Trial Act. The parties also respectfully request that the Court exclude the time from November 9, 2005 until the initial conference with the District Judge.

**Local Rule 116.5(C)(9)**

In the event that this case proceeds to trial, the parties estimate that the trial would last three days.

**Other Matters**

None.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorneys,

By: *[signature]*
LISA M. ASIAF
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
Tel: (617) 748-3268

DEFENDANT EDUARDO
ENCARNACION BUENO,
By his attorney,

*[signature]*
Albert F. Cullen, Jr., Esq.
Law Offices of Albert F. Cullen, Jr.
60 K Street
South Boston, MA 02127
Tel: (617) 268-2240

Dated: November 8, 2005

3