UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:05-10180RWZ**

UNITED STATES OF AMERICA

v.

**EDUARDO BUENO**

**ORDER AND**
<u>**FINAL STATUS REPORT**</u>

**NOVEMBER 8, 2005**

SOROKIN, M.J.

    A Final Status Conference was held before this court on **November 8, 2005**, pursuant to the provisions of Local Rule 116.5(A). This court adopts the parties filing (Docket #16) as the courts Final Status Report. The parties request an Initial Pretrial Conference within a week.  The speedy trial clock began running on November 8, 2005.

    The Clerk shall return this file to the District Judge assigned to this case.

                                           / s / Leo T. Sorokin

                                           LEO T. SOROKIN

                                           UNITED STATES MAGISTRATE JUDGE