UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDUARDO ENCARNACION BUENO,<br>Defendant. | )<br>)<br>)<br>)<br>)  Crim. No. 05-10180-RWZ<br>)<br>)<br>)<br>)<br>) |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME FROM
NOVEMBER 16, 2005 TO DECEMBER 14, 2005 UNDER SPEEDY TRIAL ACT**

The United States of America, with the assent of the defendant, Eduardo Encarnacion Bueno, hereby moves this Honorable Court to exclude the time from November 16, 2005 to and including December 14, 2005 under the Speedy Trial Act.

In support of this motion, the government states that at the Pretrial Conference held on November 16, 2005, the parties requested additional time to finalize plea negotiations and related issues. At the parties' request, the Court set a date of December 14, 2005, for a Rule 11 hearing. The government requested that the Court exclude the time between the Pretrial Conference (November 16, 2005) and the Rule 11 hearing (December 14, 2005). Defense counsel assented to this request, at which the time the Court instructed counsel for the government to file a Proposed Order, which is attached hereto as **Exhibit A**.

WHEREFORE, the government requests that the time from November 16, 2005 to and including December 14, 2005 be excluded from the time in which the case must be tried under

the Speedy Trial Act.  A proposed order is attached as **Exhibit A**.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                         ***/s/ Lisa M. Asiaf***
       By:    Lisa M. Asiaf
              Assistant U.S. Attorney
              (617) 748-3100

Dated:  November 16, 2005


CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing document by first class mail to any/all counsel of record who do not automatically received service of process via the Court's ECF filing system.

    This 16th day of November 2005.

                                  ***/s/ Lisa M. Asiaf***
                                  Lisa M. Asiaf
                                  Assistant U.S. Attorneys

# **EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) ) v. ) ) EDUARDO ENCARNACION BUENO, ) Defendant. ) ) | Crim. No. 05-10180-RWZ |

## ORDER OF EXCLUDABLE TIME

Upon motion by the United States of America, and with the assent of the defendant, Eduardo Encarnacion Bueno, and upon this Court's finding that the interests of justice (*i.e.*, in this case, to provide the parties with a period of 30 days to finalize plea negotiations) outweigh the best interest of the public and defendant in a trial within 70 days of the return of the indictment in this case, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. §3161 (h)(8) and Local Rule 112.2(B), the Clerk of this Court shall enter excludable time from November 16, 2005 to and including December 14, 2005 for purposes of the Speedy Trial Act.

                                                                               _____
                                                                               Rya W. Zobel
                                                                               United States District Judge
                                                                               District of Massachusetts

Dated: November ____, 2005