UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDUARDO ENCARNACION BUENO,<br>Defendant. | Crim. No. 05-10180-RWZ |

## ORDER OF EXCLUDABLE TIME

Upon motion by the United States of America, and with the assent of the defendant, Eduardo Encarnacion Bueno, and upon this Court's finding that the interests of justice (*i.e.*, in this case, to provide the parties with a period of 30 days to finalize plea negotiations) outweigh the best interest of the public and defendant in a trial within 70 days of the return of the indictment in this case, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. §3161 (h)(8) and Local Rule 112.2(B), the Clerk of this Court shall enter excludable time from November 16, 2005 to and including December 14, 2005 for purposes of the Speedy Trial Act.

_____
Rya W. Zobel
United States District Judge
District of Massachusetts

Dated: November __, 2005

-4-