# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. No. 05-10180-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO ENCARCION BUENO | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S  MOTION TO CONTINUE SENTENCING DATE

Now comes the Defendant through his undersigned attorney and moves this Honorable Court to continue Defendant's sentencing for two weeks from February 23, 2006 to March 7, 2006 or at such other time that is convenient for the Court.

In support of this motion the Defendant states that due to  the Defendant's counsel and Probation's schedules and the holidays, Defendant's attorney  and Probation have been unable to schedule a mutually convenient time for the interview until mid January. A continuance of two weeks will provide the necessary time for an interview and preparation of a  report.

Respectfully Submitted
**Eduardo Encarcion Bueno**
By his attorney,

/s/  *Albert F. Cullen, Jr.*
BBO# 107900
30 Massachusetts Avenue
North Andover, MA 01845
(978) 794-5658

Dated: January 4, 2006

I, Albert F. Cullen, certify that I understand that counsel will receive electronic notice of the electronic filing of this pleading

/s/ ***Albert F. Cullen, Jr.***
Albert F. Cullen, Jr.